IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-50135
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

IGNACIO CARRILLO,

Defendant-Appellant.

- - - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. SA-92-CR-15-1
- - - - - - - - - - -
October 27, 1997

Before DUHE, DeMOSS and DENNIS, Circuit Judges.

PER CURIAM:*

Ignacio Carrillo appeals from the denial of his motion to reduce his sentence, pursuant to 18 U.S.C. § 3582(c)(2). Relying on amendments 433 and 461 to the Sentencing Guidelines, Carrillo argues that his firearm offense was not a "crime of violence" for purposes of the armed career criminal guideline. Although Carrillo's offense of conviction, possession of firearms by a felon, did not constitute a crime of violence for purposes of U.S.S.G § 4B1.1, his possession of the firearms was in connection

_____

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

with a controlled substance offense under § 4B1.4(b)(3)(A), namely, possession with the intent to distribute cocaine, as charged in count one of the indictment.  <u>United States v. Ford</u>, 996 F.2d 83, 85 (5th Cir. 1994).  We also find that the amendments do not apply to § 4B1.4(b)(3)(A), the guideline under which Carrillo was sentenced.  Accordingly, we affirm the district court's denial of Carrillo's § 3582(c)(2) motion.

AFFIRMED.